UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARK A. COLEMAN                                                        CIVIL ACTION

VERSUS                                                                 NO. 12-906

ROBERT C. TANNER ET AL.                                                SECTION "A" (2)

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the **Objection (Rec. Doc. 25)** is **DENIED** and plaintiff's complaint is hereby **DISMISSED WITH PREJUDICE** as duplicative and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and that plaintiff's motions for injunctive relief, **Record Doc. Nos. 4 and 12**, are **DENIED**;

**IT IS FURTHER ORDERED** that the **Motion for Appointment of Counsel (Rec. Doc. 24)** is **DENIED**.

August 1, 2012

_____
UNITED STATES DISTRICT JUDGE